UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YIWEI HE,

        Plaintiff,

  v.

KRISTI NOEM, et al.,

        Defendants.

Case No. 3:25-cv-03480-JSC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Doe v. Trump et al.*, No. 25-3140-JSW.

**IT IS SO ORDERED.**

Dated: April 23, 2025

JACQUELINE SCOTT CORLEY
United States District Judge