PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants | Case No. 25-03140 JSW<br>ORDER GRANTING AS MODIFIED<br>**STIPULATION TO EXTEND TIME TO ALLOW THE PARTIES TO ENGAGE IN NEGOTIATIONS FOR A POTENTIAL RESOLUTION;** [PROPOSED] ORDER |
| S.Y., *et al.,*<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.,*<br><br>    Defendants | Case No. 4:25-cv-3244-JSW |
| ZHOUER CHEN, *et al.*<br><br>    Plaintiff,<br><br>v. | Case No. 4: 25-cv-3292-JSW |

STIPULATION
4:25-CV-03140 JSW and related cases

| | | |
|---|---|---|
| 1 | KRISTI NOEM, *et al.*, | |
| 2 |     Defendants | |
| 3 | | |
| 4 | | |
| 5 | SHANGSHANG WANG, | Case No. 4:25-cv-3323-JSW |
| 6 |     Plaintiff, | |
| 7 |   v. | |
| 8 | KRISTI NOEM, *et al.*, | |
| 9 |     Defendants | |
| 10 | | |
| 11 | JUNGWON KIM, *et al.*, | Case No. 4:25-cv-3383-JSW |
| 12 |     Plaintiff, | |
| 13 |   v. | |
| 14 | KRISTI NOEM, *et al.*, | |
| 15 |     Defendants | |
| 16 | | |
| 17 | W.B.  Plaintiff, | Case No. 4:25-cv-3407-JSW |
| 18 | | |
| 19 |   v. | |
| 20 | KRISTI NOEM, *et al.*, | |
| 21 |     Defendants | |
| 22 | | |
| 23 | SKY QUI, | Case No. 4:25-cv-3475-JSW |
| 24 |     Plaintiff, | |
| 25 |   v. | |
| 26 | TODD M. LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | |
| 27 | | |
| 28 |     Defendant. | |

|     |                          |                            |
| --- | ------------------------ | -------------------------- |
| 1   |                          |                            |
| 2   | EMMA BAI,                | Case No. 4:25-cv-3481-JSW  |
| 3   | Plaintiff,               |                            |
| 4   | v.                       |                            |
| 5   | KRISTI NOEM, *et al.,*   |                            |
| 6   | Defendants               |                            |
| 7   |                          |                            |
| 8   | J.C. *et al.,*           | Case No. 4:25-cv-3502-JSW  |
| 9   | Plaintiff,               |                            |
| 10  | v.                       |                            |
| 11  | KRISTI NOEM, *et al.,*   |                            |
| 12  | Defendants.              |                            |
| 13  | ARYAN SHAH, *et al.,*    | Case No. 4:25-cv-3549-JSW  |
| 14  |                          |                            |
| 15  | Plaintiff,               |                            |
| 16  | v.                       |                            |
| 17  | TODD M. LYONS,           |                            |
| 18  | Defendant.               |                            |
| 19  |                          |                            |
| 20  | YIWEI HE,                | Case No. 4:25-cv-3480 JSC  |
| 21  |                          |                            |
| 22  | Plaintiff,               |                            |
| 23  | v.                       |                            |
| 24  | KRISTI NOEM, *et al.,*   |                            |
| 25  | Defendants.              |                            |
| 26  |                          |                            |
| 27  |                          |                            |
| 28  |                          |                            |

STIPULATION
4:25-CV-03140 JSW and related cases

1  On May 6, 2025, the Court granted the parties stipulation to an extension of time for Defendants'
2  supplemental opposition to Plaintiffs' motion for preliminary injunction, setting the deadline for
3  Defendants' opposition on May 7, 2025, at 5:00 p.m. *See* Dkt. No. 55. The Court noted that "[t]here
4  shall be no further extensions." *Id.*

5  Following the Court's order, Plaintiffs and Defendants have been actively engaged in
6  negotiations for a potential resolution of these cases. The parties are negotiating in good faith but will
7  need a brief period of additional time to determine if they can reach an agreement. Accordingly, the
8  parties respectfully request the Court to grant an extension of time for Defendants' supplemental
9  opposition to Plaintiffs' motions for preliminary injunction, and set the due date for Defendants'
10 opposition to May 8, 2025, at 5:00 p.m. The parties are mindful of the Court's order and make this
11 request because they believe it will benefit the parties and conserve the Court's resources to allow a
12 brief period of additional time for the parties to pursue a potential resolution.

13 For *He v. Noem*, No. 4:25-cv-3480-JSW, the parties request that the Court set the due date for
14 their joint status report to May 8, 2025. The parties respectfully request that the Court grant their
15 stipulation.

17 Dated: May 7, 2025    Respectfully submitted,

18                       PATRICK D. ROBBINS
                         Acting United States Attorney

20                        *s/ Elizabeth D Kurlan*
                         ELIZABETH D. KURLAN
21                       Assistant United States Attorney

22                       *Attorneys for Defendants*

23
24 Dated: May 7, 2025     *s/ John Nicholas Sinodis*
                         JOHN NICHOLAS SINODIS
                         Van Der Hout, LLP
25
26                       *Attorney for Plaintiffs*

      *s/ Andre Y. Bates*
ANDRE Y. BATES
DeHeng Law Offices PC

*Attorney for Plaintiff*

      *s/ Jesse M. Bless*
JESSE M. BLESS
Bless Litigation

*Attorney for Plaintiffs*

      *s/ Brad Banias*
BRAD BANIAS
Banias Law

*Attorney for Plaintiffs*

      *s/ Ben Loveman*
BEN LOVEMAN
Reeves Immigration Law Group

*Attorney for Plaintiff*

      *s/ Zachary R. New*
ZACHARY R. NEW
Joseph and Hall P.C.

*Attorney for Plaintiff*

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their supplemental opposition to Plaintiffs' motion for preliminary injunction by May 8, 2025, at 5:00 p.m. If the parties are not able to resolve these matters, the Court reserves the right to continue the hearing to May 14, 2025 at 10:00 a.m. The Court reminds the parties that the cases have not been consolidated. Defendants shall file this stipulation in each case. Finally, if the parties require any further extensions, Defendants shall be prepared to state whether they will consent to extend the TROs until the motions for the preliminary injunctions are resolved.

Date: May 7, 2025

JEFFREY S. WHITE
United States District Judge

*[signature: Jeffrey S. White]*